1046

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
LEO COVEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88–1–00812–4, Robert L. Harris, J., entered
April 28, 1989. *Reversed* by unpublished opinion per Alex-
ander, J., concurred in by Petrich, A.C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent,* v. DOMINIC
OLIVO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 89–1–00065–1, James D. Roper, J., entered
June 30, 1989. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Worswick, C.J., con-
curred in by Petrich and Morgan, JJ.

WALT COX, *Appellant,* v. THE CITY OF LACEY,
*Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 88–2–00882–2, Carol A. Fuller, J., entered
August 3, 1989. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Worswick, C.J., and Morgan, J.